1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8  CALVIN HOLT,                          )   Case No.: 1:19-cv-00772-LJO-SAB (PC)
                                         )
9            Plaintiff,                  )
                                         )   ORDER GRANTING DEFENDANT'S
10      v.                               )   REQUEST TO SCREEN THE FIRST
                                         )   AMENDED COMPLAINT
11  W. GARDNER,                          )
                                         )   [ECF No. 14]
12           Defendant.                  )
                                         )
13                                       )
                                         )
14                                       )
_____)

15       Plaintiff Calvin Holt is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

16  On May 31, 2019, Defendant W. Gardner removed this action from the Kings County Superior Court.

17       Currently before the Court is Defendant's request for the Court to screen Plaintiff's first

18  amended complaint, filed August 27, 2019.  Defendant's request is granted, and the Court will screen

19  Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A in due course.  Defendant(s) need

20  not file a response unless and until service of the amended complaint is ordered.

21

22  IT IS SO ORDERED.

23

24  Dated:   **August 28, 2019**

                                         _____
25                                       UNITED STATES MAGISTRATE JUDGE

26

27

28

                                         1