# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. GARDNER,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00772-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AS MOOT<br><br>[ECF No. 17] |

　　　　Plaintiff Calvin Holt is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's request for judicial notice to correct two mistakes in his first amended complaint, filed September 6, 2019.

　　　　On September 5, 2019, the Court screened Plaintiff's first amended complaint which was filed on August 21, 2019, and granted Plaintiff one final opportunity to amend the complaint. Therefore, Plaintiff can correct any mistakes if he chooses to file a second amended complaint. Accordingly, Plaintiff's request for judicial notice is denied as moot.

IT IS SO ORDERED.

Dated: __September 10, 2019__　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1