# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. GARDNER,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-00772-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>[ECF No. 19] |

Plaintiff Calvin Holt is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed September 27, 2019.

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: __**October 1, 2019**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1